# 150543

Date: 07/02/10  DIVIDENDS REMITTED TO THE COURT  Page: 1

Case Number 09-19513 - LUSKIN, BONNIE K.

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Dominion East Ohio<br>P.O. Box 26785<br>Richmond, VA 23261-6785<br>(2-1) Gas Bill | 000002 | Check # 105 | 335.75 | 2.21 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - Old Navy<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000004 | Check # 106 | 585.76 | 3.86 |
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397<br>(8-1) 0643 | 000008 | Check # 110 | 229.12 | 1.51 |

---------- Remittance Total ----------          1,150.63     7.58

TRUSTEE VIRGIL E. BROWN, JR., Trustee

COURT1  Printed: 07/02/10 09:46 AM  Ver: 15.09

09-19513-rb  Doc 27  FILED 07/06/10  ENTERED 07/06/10 16:54:28  Page 1 of 1